

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-18-00450-CV

Velma **SAN MIGUEL**,
Appellant

v.

**PLAINSCAPITAL BANK**, Trustee of The Guerra Mineral Trust.,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
The Honorable Everardo Garcia, Judge Presiding

## O R D E R

Appellee's Motion for Extension of Time to File Appellee's Brief is hereby GRANTED. Time is extended to January 17, 2019.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.

KEITH E. HOTTLE,
Clerk of Court